# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**CENTRAL BANK,**

    Plaintiff,

                        CASE NUMBER: 1:14-cv-1163-JDB-egb

v.

**CHRIS JERROLDS, and**
**BERKSHIRE HATHAWAY HOMESTATE**
**INSURANCE COMPANY D/B/A**
**THE KANSAS BANKERS SURETY**
**COMPANY,**

    Defendants,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 3/21/2015, Granting Plaintiff's Motion to Remand, Denying Defendant's Motion to Sever, and Referring Plaintiff's Request for Attorneys' Fees to the Magistrate Judge for Determination; and the Order entered on 8/22/2015, this case is hereby REMANDED to the Circuit Court of Hardin County, Tennessee and the Plaintiff's request for attorneys' fees is denied as moot.

**APPROVED:**

                                                        **s/J. Daniel Breen**
                                                        **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**